FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2022

No. 04-22-00418-CR

Johnny **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-0573
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Ms. Mary Beth Sasala is the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal. On August 2, 2022, this court ordered Ms. Sasala to file her record no later than September 1, 2022. Ms. Sasala has not filed the record.

Ms. Sasala is hereby ORDERED to file the reporter's record in this appeal **no later than September 26, 2022.** If the record is not received by such date, a show cause order shall issue directing Ms. Sasala to appear on a day certain and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Sasala by certified mail, return receipt requested, and by regular United States mail.

Because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the trial court. *See* TEX. R. APP. P. 35.3(c).

_____
Lori I. Valenzuela, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2022.



_____

MICHAEL A. CRUZ, Clerk of Court